UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 18-cv-30182

| |
|---|
| KAITLIN MOLLOY, SARAH OELKER, ANNE THALHEIMER, DANIELLE RYAN, GABRIEL QUAGLIA, LISA AHLSTROM, and DALE MELCHER, <br><br>     Plaintiffs, <br><br> v. <br><br> CITY OF HOLYOKE, MASSACHUSETTS; ALEX MORSE, in his official capacity as Mayor of Holyoke; and DAMIAN COTE, in his official capacity as Holyoke Building Commissioner, <br><br>     Defendants. |

**DEFENDANTS' NOTICE OF ASSENT TO PLAINTIFFS' MOTION
FOR PRELIMINARY INJUNCTION**

Defendants City of Holyoke, Alex Morse in his official capacity as Mayor of Holyoke, and Damian Cote in his official capacity as Holyoke Building Commissioner, hereby give notice that they assent to the Plaintiffs' Motion for a Preliminary Injunction. Defendants further state that they assent to the entry of a Preliminary Injunction in the form contained in Plaintiffs' Proposed Order, to be filed today. Defendants do not concede ultimate liability in this matter.

    Respectfully submitted,

    CITY OF HOLYOKE, MASSACHUSETTS;
    ALEX MORSE, in his Official Capacity
    as Mayor of Holyoke; and DAMIAN COTE,

2

                    in his official capacity as
                    Holyoke Building Commissioner,

By their attorney,
TASHA MARSHALL

/s/ Tasha Marshall
Tasha Marshall
Associate City Solicitor
BBO #696791
Holyoke Law Department
20 Korean Veterans Plaza
Holyoke, MA 01040
marshallt@holyoke.org

November 20, 2018

**<u>CERTIFICATE OF SERVICE</u>**

      I certify that the Notice of Appearance was filed through the Electronic Case Filing system, copies will be sent electronically to those registered participants listed on the Court's Notice of Electronic Filing (NEF) and paper copies will be served by first-class mail, postage prepaid, to those listed on the NEF as non-registered participants.

/s/ Tasha Marshall
Tasha Marshall, Associate City Solicitor

November 20, 2018